824

No. 80–1905. ESCARIZ *v.* BARAHAL ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–1907. O'HAIR ET AL. *v.* COOKE ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–1912. TOUBUS *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 80–1913. MONONGAHELA POWER CO. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–1914. ZELEZNIK, ADMINISTRATOR *v.* MASSACHUSETTS ET AL. Ct. App. Mass. Certiorari denied.

No. 80–1917. PENNSYLVANIA GAS & WATER CO. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION. Sup. Ct. Pa. Certiorari denied.

No. 80–1918. PENNSYLVANIA GAS & WATER CO. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION. Sup. Ct. Pa. Certiorari denied.

No. 80–1920. TAMARGO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–1922. GRIER *v.* WEINBERGER, SECRETARY OF DEFENSE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–1926. BOLEMAN *v.* CONGDON & CARPENTER CO. C. A. 1st Cir. Certiorari denied.

No. 80–1927. CUNNINGHAM *v.* NATIONAL RAILROAD PASSENGER CORPORATION, DBA AMTRAK. C. A. 7th Cir. Certiorari denied.